### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**GLENN E. LOVETT,**

    **Petitioner,**

**vs.**                                  **CASE NO. 5:09CV197-RS/AK**

**KEETON CORRECTIONAL, INC.**
**AND DONALD SCHICK, DIRECTOR,**

    **Respondents.**

_____/

### REPORT AND RECOMMENDATION

This cause is before the Court on Petitioner's § 2241 petition for writ of habeas corpus in which he seeks transfer to a halfway house or placement on home confinement "for the three months prior to Petitioner's good time release date of 24 August 2009 in the State of Florida." Doc. 1. Petitioner is incarcerated at Manchester FCI, Manchester, Kentucky. He has not paid the filing fee or moved for leave to proceed IFP.

Because Petitioner is incarcerated at Manchester FCI, the ultimate decision regarding the merits of this petition cannot be made by this Court, as § 2241 petitions may be brought only in the district court for the district in which the inmate is

incarcerated. *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir.1991). *See also Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004 (habeas challenges to present physical confinement must be filed against warden of facility where prisoner is being held and only in district of confinement). Because Petitioner is not incarcerated in this district, the Court is without jurisdiction to proceed, and transfer to the appropriate forum for further proceedings is required.

In light of the foregoing, it is respectfully **RECOMMENDED** that Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, Doc. 1, be **TRANSFERRED** to the United States District Court for the Eastern District of Kentucky.

**IN CHAMBERS** at Gainesville, Florida, this __15th__ day of June, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

**No. 5:09cv197-rs/ak**